IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-8-FL-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| ANA BUNDY, | ) | UNITED STATES' NOTICE OF |
| | ) | FILING RESPONSE TO |
| | ) | DEFENDANT BUNDY'S MOTION |
| | ) | TO COMPEL |
| Defendant. | ) | |

The United States, by and through the United States Attorney for the Eastern District of North Carolina, hereby provides notice that a response to defendant Bundy's motion to compel (D.E. # 79) has been filed on this date through the procedure specified in Section II (H) of the Court's June 29, 2010 protective order.

Respectfully submitted this 7th day of December, 2010.

        GEORGE HOLDING
        United States Attorney

By: /s/ Jason H. Cowley
    JASON H. COWLEY
    Assistant U.S. Attorney
    310 New Bern Avenue, Suite 800
    Raleigh, NC 27601
    Telephone: 919-856-4530
    Fax: 919-856-4487
    E-mail: Jason.Cowley@usdoj.gov
    State Bar No. 32636

1

CERTIFICATE OF SERVICE

This is to certify that I have this 7th day of December, 2010, served a copy of the foregoing upon counsel for defendant Bundy in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

Gregory L. Poe
Law Offices of Gregory L. Poe PLLC

Reita P. Pendry

/s/ Jason H. Cowley
JASON H. COWLEY
Assistant U.S. Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: Jason.Cowley@usdoj.gov
State Bar No. 32636

2