IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:10-CR-8-5-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ANA BUNDY, | ) |
| | ) |
| Defendant. | ) |

ORDER TERMINATING ALL CONDITIONS OF
RELEASE AND DIRECTING RETURN OF PASSPORT

This matter comes before the Court on the motion of Ana Bundy for an order terminating all conditions of release and directing the return of her passport. The government does not object to the motion. Good cause having been shown, it is hereby

ORDERED that the motion is GRANTED and that:

1. The April 21, 2010 order (DE 23) is vacated and all conditions of release as to Ms. Bundy are terminated;

2. All prohibitions in this case against Ms. Bundy traveling internationally and possessing firearms are revoked; and

3. The Clerk of Court, U.S. District Court for the Eastern District of North Carolina, is directed to return Ms. Bundy's passport to her.

IT IS SO ORDERED this 9th day of April, 2013.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE